# Third District Court of Appeal
## State of Florida

Opinion filed November 12, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1682
Lower Tribunal No. F08-20775 A
_____

**Leandre Howard,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Miguel M. de la O, Judge.

Leandre Howard, in proper person.

James Uthmeier, Attorney General, and David Llanes, Assistant Attorney General, for appellee.

Before SCALES, C.J., and LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed.